Albert C. Hakin, appellee, v. Hugo Karstens, appellant. Gen. No. 7,987.

Opinion filed March 20, 1929. Opinion modified and rehearing denied June 18, 1929.

George W. Thoma, for appellant; E. Marshall Amberg, of counsel. Samuel J. Howe, for appellee.

Mr. Justice Jett delivered the opinion of the court.

Alexander R. Duncan et al., appellants, v. A. H. Bennett, appellee. Gen. No. 7,952.

Opinion filed April 8, 1929. Rehearing denied June 19, 1929.

Herbert J. Ferguson and Garrett & Fell, for appellants. R. E. Beckington, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

The People of the State of Illinois ex rel. Andrew Russell, auditor, appellee, v. Farmers State & Savings Bank (Robert B. Hammann, petitioner), appellant. Gen. No. 8,012.

Opinion filed April 8, 1929.

Hunter & Minor, for appellant. Harry S. Streeter, pro se and J. Bert Miller, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

Fritz Ellison and Esther Ellison, appellants, v. Erick Ellison, administrator et al., appellees. Gen. No. 7,951.

Opinion filed April 22, 1929.

Hall & Dusher, for appellants. Welsh & Welsh, for appellees.

Mr. Presiding Justice Jones delivered the opinion of the court.